No. 313, Misc. MOSHER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 316, Misc. McGHEE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 318, Misc. CONNORS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 328, Misc. WALLACE *v.* HECK, AS ASSEMBLYMAN AND SPEAKER OF THE STATE ASSEMBLY OF NEW YORK. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Nathaniel L. Goldstein*, Attorney General of New York, and *Wendell P. Brown*, Solicitor General, for respondent.

No. 303, Misc. HENLEY *v.* MOORE, WARDEN. On consideration of the suggestion of a diminution of the record and a motion for a writ of certiorari in that relation, the motion for a writ of certiorari is denied. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit also denied.

No. 435. RICHMOND *v.* ST. LOUIS SOUTHWESTERN RAILWAY CO., *ante,* p. 913. Rehearing denied.

No. 441. TRADERS COMPRESS CO. *v.* TOBIN, SECRETARY OF LABOR, *ante,* p. 909. Durkin, present Secretary of Labor, substituted as the party respondent for Tobin. Rehearing denied.

No. 252, Misc. TATE *v.* CALIFORNIA, *ante,* p. 910. Rehearing denied.